SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Sonia Yeung,<br><br>        Defendant. | Case No. **2:12-cv-00454-JAM-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

    IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Date:  5/24/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-454-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com